USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRYSTAL LOPEZ,

                Plaintiff,

v.

POLICE OFFICER CHRISTOPHER GUZICZEK, JOHN DOE POLICE OFFICERS 1-5, *their true names and identities are presently unknown, sued individually and in their capacity as police officers of the Westchester County police department*,

                Defendants.

21 CV 10099 (NSR)
ORDER

---

NELSON S. ROMÁN, United States District Judge

      On November 26, 2021, Crystal Lopez ("Plaintiff") commenced the instant federal action by her filing of the Complaint. (ECF No. 1.)

      On March 6, 2023, the Court issued an Order to Show Cause (the "Order"; ECF No. 3), ordering that Plaintiff show cause in writing on or before March 27, 2023 why her claims against Defendants should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b), as there had been no further activity in this case since it was commenced. The Court noted that failure to comply with this Order would result in dismissal of this action for want of prosecution.

      In light of Plaintiff's letter response to the Order notifying the Court of Plaintiff's intention to prosecute this action (the "Response"; ECF No. 5), the Order is HEREBY VACATED.

      Additionally, Counsel for Plaintiff is directed to file an Amended Complaint on or before April 5, 2023. The Court notes that, although Counsel for Plaintiff attached an Amended

Complaint to the Response as an exhibit, this document was not separately "filed" on ECF.

                                                       SO ORDERED:

Dated:   March 29, 2023
              White Plains, New York

                                                  NELSON S. ROMÁN
                                                United States District Judge