**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CRYSTAL LOPEZ,

                Plaintiff,

-against-                                            21 **CIVIL** 10099 (NSR)

## JUDGMENT

POLICE OFFICER CHRISTOPHER GUZICZEK,
POLICE OFFICER JOHN DOE 1, and POLICE
OFFICER JOHN DOE 2,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 12, 2024, Defendants' motion to dismiss the Amended Complaint is GRANTED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       December 13, 2024

                                              **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                  **BY:**       *K. Mango*

                                                 **Deputy Clerk**